ACCEPTED
15-25-00014-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/3/2025 4:29 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00014-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/3/2025 4:29:09 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth District of Texas

## Blackstone Holdings III LP, et al.,
*Appellants,*

## v.

## Primexx Energy Opportunity Fund, LP., et al.,
*Appellees.*

## Appeal from the First Business Court Division
## Dallas County, Texas
*Honorable Bill Whitehill, Judge Presiding*

## FIRST UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

David S. Coale
dcoale@lynnllp.com
Christopher J. Schwegmann
cschwegmann@lynnllp.com
Christopher W. Patton
cpatton@lynnllp.com

Yaman Desai
ydesai@lynnllp.com
Kyle A. Gardner
kgardner@lynnllp.com
Jessica D. Cox
jcox@lynnllp.com

**Lynn Pinker Hurst &
Schwegmann LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:   (214) 981-3800
Facsimile:   (214) 981-3839

*Attorneys for Appellants*

TO THE HONORABLE COURT OF APPEALS:

Under Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Appellants ("Appellants"), file this first unopposed motion for an extension of time and respectfully requests a 30-day extension, or until Wednesday, April 9, 2025, to file Appellants' Brief.

## I.    CURRENT DEADLINE

Appellants' Brief is currently due on Monday, March 10, 2025.

## II.    REASONS FOR EXTENSION

Appellants require additional time to review the record, analyze relevant law, and prepare the brief. In addition to preparing Appellants' brief, counsel for Appellants have been and continue to have responsibilities for additional cases between the date of this Motion and the current deadline to submit Appellants' brief. This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay. This is the first extension of the briefing deadline sought by Appellants.

## III.    REQUEST FOR RELIEF

For these reasons, Appellants request that the Court grant this First Unopposed Motion for Extension of Time to File Appellants' Brief, extending the time to file the brief until April 9, 2025. Appellants further request all additional relief to which they may be justly entitled.

DATE: March 3, 2025

Respectfully submitted,

/s/ *Jessica D. Cox*
David S. Coale
  Texas Bar No. 00787255
  dcoale@lynnllp.com
Christopher J. Schwegmann
  Texas Bar No. 24051315
  cschwegmann@lynnllp.com
Christopher W. Patton
  Texas Bar No. 24083634
  cpatton@lynnllp.com
Yaman Desai
  Texas Bar No. 24101695
  ydesai@lynnllp.com
Kyle A. Gardner
  Texas State Bar No. 24116412
  kgardner@lynnllp.com
Jessica D. Cox
  Texas Bar No. 24114769
  jcox@lynnllp.com

**Lynn Pinker Hurst & Schwegmann LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:   (214) 981-3800
Facsimile:    (214) 981-3839

***Attorneys for Appellants***

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all counsel of record via eFileTexas on March 3, 2025.

*/s/ Jessica D. Cox*
Jessica D. Cox

## Certificate of Conference

The undersigned certifies that counsel for Appellants conferred with counsel for Appellees via e-mail on March 3, 2025, and the relief requested by this Motion is not opposed.

*/s/ Jessica D. Cox*
Jessica D. Cox

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jessica Cox on behalf of Jessica Cox
Bar No. 24114769
jcox@lynnllp.com
Envelope ID: 98005649
Filing Code Description: Motion
Filing Description: First Unopposed Motion for Extension of Time to File Appellants' Brief
Status as of 3/3/2025 4:37 PM CST

Associated Case Party: Blackstone Holdings III LP, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Julie Archuleta | | jarchuleta@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| David S.Coale | | dcoale@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Jessica Cox | | jcox@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Kyle A.Gardner | | kgardner@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Christopher W.Patton | | cpatton@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Christopher JSchwegmann | | cschwegmann@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 3/3/2025 4:29:09 PM | SENT |

Associated Case Party: Primexx Energy Opportunity Fund, LP., et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Shackelford | | SShackelford@susmangodfrey.com | 3/3/2025 4:29:09 PM | SENT |
| Sarah Hannigan | | sHannigan@susmangodfrey.com | 3/3/2025 4:29:09 PM | SENT |
| Lindsey Eccles | | leccles@susmangodfrey.com | 3/3/2025 4:29:09 PM | SENT |
| Jeremy Fielding | | jeremy.fielding@kirkland.com | 3/3/2025 4:29:09 PM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 3/3/2025 4:29:09 PM | SENT |
| Roger Cowie | | roger.cowie@troutman.com | 3/3/2025 4:29:09 PM | SENT |
| Taylor Levesque | | Taylor.Levesque@troutman.com | 3/3/2025 4:29:09 PM | SENT |
| Laura Brigham | | laura.brigham@kirkland.com | 3/3/2025 4:29:09 PM | SENT |